# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WANDA BRUNO,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  6:05-cv-952-Orl-31JGG**

**99 CENT SUPER CENTER, LLC,**

        **Defendant.**

_____

## ORDER

In this Fair Labor Standards Act (FLSA) case, the Court is called upon to determine a

reasonable attorney's fee for Plaintiff's counsel.  On January 27, 2006, Magistrate Judge

Glazebrook issued a Report (Doc. 30) recommending that the Joint Motion to Approve Settlement

(Doc. 24) be granted, and that Plaintiff's counsel be awarded a fee of $2,407 plus costs in the

amount of $305, for a total of $2,712.

Defendant filed an objection to the Report and Recommendation (Doc. 31).  By its

objection, Defendant contests both the time expended and the hourly rates used in calculating

Plaintiff's fee award.[1]  Plaintiff filed a response to the objections (Doc. 33).

Plaintiff originally sought an award based upon a rate of $200 per hour for Laura Weiss,

Esq., a three-year associate in Plaintiff's firm.  Magistrate Judge Glazebrook determined that $150

---

[1]Defendant does not contest the cost award.

per hour was reasonable.[2]  By its objection, Defendant seeks to lower this amount to $105.

Defendant's position and rationale is untenable.  The Court is familiar with the rates generally

charged by competent counsel in the Central Florida area in cases such as this, and $150 per hour

is well within the range of reasonableness for a third-year associate.[3]

In his Report and Recommendation, Magistrate Judge Glazebrook found the number of

hours claimed by Plaintiff's counsel (13.7) to be reasonable, and that no reduction in the number

of hours is warranted.  The Court agrees.  Accordingly, it is

**ORDERED** that:

1.      Defendant's objection is overruled and the Report and Recommendation (Doc. 30)

is CONFIRMED and ADOPTED;

2.      The Joint Motion to Approve Settlement (Doc. 24) is GRANTED;

3.      Plaintiff's counsel is awarded fees of $2,407 and costs in the amount of $305, for a

total of $2,712.

4.      The Clerk shall enter judgment accordingly and close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 8, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[2]The Magistrate Judge used a rate of $80 per hour for paralegal services and Defendant does not contest this finding.

[3]In her response, Plaintiff claims that defense counsel stated in open court that his firm bills third-year associates at a rate in excess of $150.  On February 21, 2006., the Court ordered Defendant to file, within 11 days, a statement of the standard hourly rate charged by Defendant's counsel for a third-year associate (Doc. 32).  Counsel's response indicated a rate range of $185 to $215 per hour (Doc. 34).